UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN R. HAMMER,<br><br>           Plaintiff,<br><br>     vs.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, and HAROLD CLARK,<br><br>           Defendants. | NO.  CV-06-032-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH ORDER REGARDING FILING FEE REQUIREMENTS |

   Magistrate Judge Leavitt filed a Report and Recommendation on May 4, 2006, recommending Mr. Hammer's complaint be dismissed for failure to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2). The report and recommendation was sent to the Airway Heights Correction Center, but returned as undeliverable.  Plaintiff has not kept the court apprised of a change of address.  There being no

//
//
//
//
//
//

ORDER -- 1

objections, the court **ADOPTS** the Report and Recommendation. The Complaint is **DISMISSED WITHOUT PREJUDICE.**

   **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

   **DATED** this   26th   day of May, 2006.

                                    *s/Lonny R. Suko*
                             _____
                                    LONNY R. SUKO
                             UNITED STATES DISTRICT JUDGE

ORDER -- 2